■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES COGER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 1, 1987.

Ordered that the judgment is affirmed *(see, People v Kazepis,*

101 AD2d 816; *People v Peralta,* 127 AD2d 803, *lv denied* 69 NY2d 953). Mangano, J. P., Kunzeman, Rubin and Kooper, JJ., concur.